**Terrance Lanair JOHNSON,
Petitioner–Appellant**

v.

**Dan JOSLIN, Warden—Seagoville—
Federal Correctional Institution,
Respondent–Appellee.**

No. 06–10504
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

Terrance Lanair Johnson, Seagoville, TX, pro se.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Terrance Lanair Johnson, federal prisoner # 23845–077, appeals the dismissal of his 28 U.S.C. § 2241 petition. The district court dismissed the petition for lack of jurisdiction after construing it as a successive and unauthorized motion under 28 U.S.C. § 2255.

The district court's construction of Johnson's petition as a § 2255 motion was correct because the petition attacked Johnson's 1993 convictions and sentences for drug and firearm crimes. *See Tolliver v. Dobre,* 211 F.3d 876, 877–78 (5th Cir.2000). The § 2255 motion is successive because Johnson has filed at least one prior § 2255

---

motion. *See United States v. Orozco–Ramirez,* 211 F.3d 862, 867–69 (5th Cir.2000).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

